UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Michelle Labayen (ML2960)
Law Office of Michelle Labayen
24 Commerce Street
Suite 1300
Newark, NJ 07102
973-622-1584
Email: michelle@labayenlaw.com

In Re:

Elsie Obadiaru

Case No.: 21-12434

Adv. Pro. No.: 

Chapter: 7

Hearing Date: 6/1/2021

Judge: Gravelle

## ADJOURNMENT REQUEST

1. I, __Michelle Labayen__,

   ☒ am the attorney for: __Elsie Obadiaru__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Objection to Debtor's Claim of Exemptions

   Current hearing date and time: 6/1/2021 at 10:00 AM

   New date requested: ____

   Reason for adjournment request: additional time to resolve matter

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 5/26/2021                                    /s/ Michelle Labayen
                                                   Signature


**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date:  6/22/21 at 10 am          ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____     ☐ Peremptory

☐ Denied


**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

new.9/23/15