UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Michelle Labayen (ML2960)
Law Office of Michelle Labayen
24 Commerce Street
Suite 1300
Newark, NJ 07102
973-622-1584
Email: michelle@labayenlaw.com

In Re:

Elsie Obadiaru

Case No.: 21-12434

Adv. Pro. No.: _____

Chapter: 7

Hearing Date: 6/22/2021

Judge: Gravelle

## ADJOURNMENT REQUEST

1. I, Michelle Labayen,

   ☒ am the attorney for: Elsie Obadiaru,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Objection to Debtor's Claim of Exemptions

   Current hearing date and time: 6/22/2021 at 10:00 AM

   New date requested: _____

   Reason for adjournment request: Trustee is Seeking additional documentation
   _____

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 6/21/2021                                              /s/ Michelle Labayen
                                                             Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: July 6, 2021 at 10:00 a.m.          ☒ Peremptory

☐ Granted over objection(s)   New hearing date: _____           ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2