| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>ANDREA DOBIN, CHAPTER 7 TRUSTEE<br>427 Riverview Plaza<br>Trenton, NJ  08611<br>609.695.6070 | |
|---|---|
| | Order Filed on October 28, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Obadiaru, Elsie<br><br>   Debtor | Case No.:  21-12434(CMG)<br><br>Judge:  Christine M. Gravelle<br><br>Chapter:  7 |

## ORDER AUTHORIZING RETENTION OF
## JOSEPH B. FRIEDMAN, CPA, ACCOUNTANT TO TRUSTEE

The relief set forth on the following page is **ORDERED.**

**DATED: October 28, 2021**

_Honorable Christine M. Gravelle_
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain ___Joseph B. Friedman, CPA___

as ___Accountant___ it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:    ___Joseph B. Friedman, CPA___
   
   ___PO Box 734___
   
   ___Cherry Hill, NJ  08003___

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted    ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case.  Payment to the professional be only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

4863-3414-3744, v. 1

United States Bankruptcy Court

District of New Jersey

In re:  
Elsie Obadiaru  
    Debtor

Case No. 21-12434-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Oct 28, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elsie Obadiaru, 30 Redwick Way, South River, NJ 08882-2611 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 30, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2021 at the address(es) listed below:

**Name**      **Email Address**

Andrea Dobin  
     ecftrusteead@msbnj.com  NJ55@ecfcbis.com;trusteedobin@remote7solutions.com

Andrea Dobin  
     on behalf of Trustee Andrea Dobin adobin@msbnj.com

Brian C. Nicholas  
     on behalf of Creditor The Huntington National Bank bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon  
     on behalf of Creditor The Huntington National Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Joseph R Zapata, Jr  
     on behalf of Trustee Andrea Dobin jzapata@msbnj.com

Michelle Labayen  
     on behalf of Debtor Elsie Obadiaru michelle@labayenlaw.com  silvia@labayenlaw.com

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Oct 28, 2021 Form ID: pdf903 Total Noticed: 1

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7