UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                                 Case No.: __21-12434__

ELSIE OBADIARU,                                              Chapter: ____7____

                                                                            Judge: __Christine M. Gravelle__

## NOTICE OF PROPOSED ABANDONMENT

__Andrea Dobin,__ __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

> Clerk of the U.S. Bankruptcy Court
> U.S. Courthouse, 1st floor
> 402 E. State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __November 30, 2021__ at __10:00 a.m.__ at the United States Bankruptcy Court, Courtroom no __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

> Real estate located at:
> 30 Redwick Way, South River, NJ
>
> Valued at: $500,000.00

Liens on property:

> Mr. Cooper
> $942,125.00

Amount of equity claimed as exempt:

> $25,150.00

Objections must be served on, and requests for additional information directed to:

Name:         __Andrea Dobin, Trustee__

Address:     __McManimon, Scotland & Baumann, LLC 427 Riverview Plaza, Trenton, NJ 08611__

Telephone No.: __609.695.6070 or 973.243.8600__

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 21-12434-CMG
Elsie Obadiaru                                                                              Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin            Page 1 of 3
Date Rcvd: Oct 29, 2021            Form ID: pdf905            Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elsie Obadiaru, 30 Redwick Way, South River, NJ 08882-2611 |
| 519206068 | + | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 519147902 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519147903 | | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Po Box 26012, Greensboro, NC 27420 |
| 519147908 | + | Equifax, POB 740241, Atlanta, GA 30374-0241 |
| 519147909 | + | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 519147910 | + | First Source Advantage, LLC, Po Box 628, Buffalo, NY 14240-0628 |
| 519233173 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519147914 | + | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519147915 | + | Mr. Cooper, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 519147918 | + | Sofi Lending Corp, 375 Healdsburg Avenue, Suite 280, Healdsburg, CA 95448-4151 |
| 519228405 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519147919 | + | State of New Jersey, Deptartment of Taxation, P.O. Box 448, Trenton, NJ 08646-0448 |
| 519147920 | + | Svo Portfolio Services, Attn: Loan Servicing Administration, 9002 San March Court, Orlando, FL 32819-8600 |
| 519147924 | + | Wells Fargo Bank NA, Attn: Wells Fargo Bankruptcy, 435 Ford Road, Suite 300, Saint Lewis Park, MN 55426-4938 |
| 519206942 | + | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 519147913 | + | labCorp, Esoterix Genetic Laboratory, P.O.Box 2240, Burlington, NC 27216-2240 |
| 519147923 | + | university radiology, 264 Amboy Avenue, Metuchen, NJ 08840-2441 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 29 2021 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 29 2021 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| acc | + | Email/Text: joe@joefriedmancpa.biz | Oct 29 2021 20:33:00 | Joseph B. Friedman, PO Box 734, Cherry Hill, NJ 08003-0734 |
| 519225082 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 29 2021 20:45:32 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519147905 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Oct 29 2021 20:33:00 | Chex System, 7805 Hudson Road, suite 100, Saint Paul, MN 55125-1703 |
| 519147906 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 29 2021 20:45:35 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519218589 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 29 2021 20:45:24 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519147907 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 29 2021 20:45:24 | Department Store National Bank/Macy's, Attn: |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 29, 2021 | Form ID: pdf905 | Total Noticed: 42 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519221221 | | Email/Text: bnc-quantum@quantum3group.com | Oct 29 2021 20:33:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519147911 | + | Email/Text: bankruptcy@huntington.com | Oct 29 2021 20:33:00 | Huntington National Bank, Attn: Bankruptcy, Po Box 340996, Columbus, OH 43234-0996 |
| 519147912 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 29 2021 20:33:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519344976 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 29 2021 20:33:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 519344977 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 29 2021 20:33:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302, JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 519147904 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 29 2021 20:45:15 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519147916 | + | Email/Text: bankruptcy@prosper.com | Oct 29 2021 20:33:00 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 519272380 | + | Email/Text: bncmail@w-legal.com | Oct 29 2021 20:33:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519147917 | + | Email/Text: rwjebn@rwjbh.org | Oct 29 2021 20:34:00 | Robert Wood Johnson Hospital, PO Box 15448, Newark, NJ 07192-5448 |
| 519262111 | | Email/Text: lhunsaker@sofi.org | Oct 29 2021 20:33:00 | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Salt Lake City, UT 84121 |
| 519188105 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Oct 29 2021 20:45:27 | Secretary of Housing and Urban Development, 451 7th Street S.W, Washington DC 20410-0002 |
| 519264043 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 29 2021 20:45:27 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519149863 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 29 2021 20:45:16 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519147921 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 29 2021 20:45:27 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519147922 | | Email/Text: DASPUBREC@transunion.com | Oct 29 2021 20:33:00 | TransUnion, 555 W. Adams Street, Chicago, IL 60661 |
| 519246290 | + | Email/Text: bankruptcy@huntington.com | Oct 29 2021 20:33:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519262112 | *P++ | SOFI LENDING CORP, ATTN LACEE HUNSAKER, 2750 EAST COTTONWOOD PKWY, SUITE 300, SALT LAKE CITY UT 84121-7285, address filed with court:, SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Salt Lake City, UT 84121 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 21-12434-CMG    Doc 61    Filed 10/31/21    Entered 11/01/21 00:20:15    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 29, 2021 | Form ID: pdf905 | Total Noticed: 42 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2021                Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrea Dobin | ecftrusteead@msbnj.com  NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| Andrea Dobin | on behalf of Trustee Andrea Dobin adobin@msbnj.com |
| Brian C. Nicholas | on behalf of Creditor The Huntington National Bank bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor The Huntington National Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Joseph R Zapata, Jr | on behalf of Trustee Andrea Dobin jzapata@msbnj.com |
| Michelle Labayen | on behalf of Debtor Elsie Obadiaru michelle@labayenlaw.com  silvia@labayenlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7