Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

    Case No.:  21−12434−CMG
    Chapter:  7
    Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elsie Obadiaru
   fka Elsie N. Obadiaru, fka Elsie Olejeme
   30 Redwick Way
   South River, NJ 08882

Social Security No.:
   xxx−xx−4526

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Pamela Fiero , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

30 Redwick Way, South River, NJ

Dated: November 24, 2021
JAN: pbf

                                                                                           Jeanne Naughton
                                                                                           Clerk