Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  21−12434−CMG
Chapter:  7
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Elsie Obadiaru
    fka Elsie N. Obadiaru, fka Elsie Olejeme
    30 Redwick Way
    South River, NJ 08882

Social Security No.:
    xxx−xx−4526

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:        9/20/22
Time:        02:00 PM
Location:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
McManimon Scotland & Baumann LLC, Trustee's Attorney

COMMISSION OR FEES
Fees: $7,145.50

EXPENSES
$46.44

If this is a chapter 13 case, the fees and expenses awarded:

☐     will not reduce the amount to be paid to general unsecured
      creditors under the plan.

☐     will reduce the amount to be paid to general unsecured
      creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 18, 2022
JAN:

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                            Case No. 21-12434-CMG

Elsie Obadiaru                                                                    Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                         User: admin                         Page 1 of 3

Date Rcvd: Aug 18, 2022                      Form ID: 137                         Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Elsie Obadiaru, 30 Redwick Way, South River, NJ 08882-2611 |
| 519228405 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519147919 | + | State of New Jersey, Deptartment of Taxation, P.O. Box 448, Trenton, NJ 08646-0448 |
| 519147920 | + | Svo Portfolio Services, Attn: Loan Servicing Administration, 9002 San March Court, Orlando, FL 32819-8600 |
| 519147923 | + | university radiology, 264 Amboy Avenue, Metuchen, NJ 08840-2441 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 18 2022 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 18 2022 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| acc | + | Email/Text: joe@joefriedmancpa.biz | Aug 18 2022 20:42:00 | Joseph B. Friedman, PO Box 734, Cherry Hill, NJ 08003-0734 |
| 519206068 | + | Email/Text: bkfilings@zwickerpc.com | Aug 18 2022 20:43:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 519147902 | + | Email/PDF: bncnotices@becket-lee.com | Aug 18 2022 20:51:54 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519225082 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 18 2022 20:51:57 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519147903 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 18 2022 20:42:00 | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Po Box 26012, Greensboro, NC 27420 |
| 519147905 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Aug 18 2022 20:43:00 | Chex System, 7805 Hudson Road, suite 100, Saint Paul, MN 55125-1703 |
| 519147906 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 18 2022 20:51:57 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519218589 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 18 2022 20:52:14 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519147907 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 18 2022 20:51:57 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519221221 | | Email/Text: bnc-quantum@quantum3group.com | | |

| | | | |
|---|---|---|---|
| | | Aug 18 2022 20:43:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519147908 | ^ MEBN | | |
| 519147909 | ^ MEBN | | |
| | | Aug 18 2022 20:42:01 | Equifax, POB 740241, Atlanta, GA 30374-0241 |
| | | Aug 18 2022 20:42:10 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 519147910 | + Email/Text: crdept@na.firstsource.com | | |
| | | Aug 18 2022 20:43:00 | First Source Advantage, LLC, Po Box 628, Buffalo, NY 14240-0628 |
| 519147911 | + Email/Text: bankruptcy@huntington.com | | |
| | | Aug 18 2022 20:43:00 | Huntington National Bank, Attn: Bankruptcy, Po Box 340996, Columbus, OH 43234-0996 |
| 519147912 | + Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Aug 18 2022 20:43:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519344976 | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Aug 18 2022 20:43:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 519344977 | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Aug 18 2022 20:43:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302, JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 519147904 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Aug 18 2022 20:52:06 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519233173 | + Email/Text: RASEBN@raslg.com | | |
| | | Aug 18 2022 20:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519147913 | Email/Text: govtaudits@labcorp.com | | |
| | | Aug 18 2022 20:43:00 | labCorp, Esoterix Genetic Laboratory, P.O.Box 2240, Burlington, NC 27216 |
| 519147914 | + Email/Text: bankruptcy@marinerfinance.com | | |
| | | Aug 18 2022 20:43:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519147915 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Aug 18 2022 20:43:00 | Mr. Cooper, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 519147916 | ^ MEBN | | |
| | | Aug 18 2022 20:42:53 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 519272380 | + Email/Text: bncmail@w-legal.com | | |
| | | Aug 18 2022 20:43:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519147917 | + Email/Text: rwjebn@rwjbh.org | | |
| | | Aug 18 2022 20:43:00 | Robert Wood Johnson Hospital, PO Box 15448, Newark, NJ 07192-5448 |
| 519188105 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | | |
| | | Aug 18 2022 20:51:48 | Secretary of Housing and Urban Development, 451 7th Street S.W, Washington DC 20410-0002 |
| 519262111 | + Email/PDF: SoFiBKNotifications@resurgent.com | | |
| | | Aug 18 2022 20:52:14 | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Salt Lake City, UT 84121-7285 |
| 519147918 | + Email/PDF: SoFiBKNotifications@resurgent.com | | |
| | | Aug 18 2022 20:52:10 | Sofi Lending Corp, 375 Healdsburg Avenue, Suite 280, Healdsburg, CA 95448-4151 |
| 519264043 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Aug 18 2022 20:52:07 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519149863 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Aug 18 2022 20:52:23 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519147921 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Aug 18 2022 20:52:22 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519147922 | Email/Text: DASPUBREC@transunion.com | | |
| | | Aug 18 2022 20:42:00 | TransUnion, 555 W. Adams Street, Chicago, IL 60661 |

| | | | | |
|---|---|---|---|---|
| 519246290 | + | Email/Text: bankruptcy@huntington.com | Aug 18 2022 20:43:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 519147924 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 18 2022 20:51:57 | Wells Fargo Bank NA, Attn: Wells Fargo Bankruptcy, 435 Ford Road, Suite 300, Saint Lewis Park, MN 55426-4938 |
| 519206942 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 18 2022 20:51:57 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519262112 | *+ | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Salt Lake City, UT 84121-7285 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2022                  Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea Dobin | ecftrusteead@msbnj.com  NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| Andrea Dobin | on behalf of Trustee Andrea Dobin adobin@msbnj.com  cgallo@msbnj.com |
| Brian C. Nicholas | on behalf of Creditor The Huntington National Bank bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor The Huntington National Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Joseph R Zapata, Jr | on behalf of Trustee Andrea Dobin jzapata@msbnj.com |
| Michelle Labayen | on behalf of Debtor Elsie Obadiaru michelle@labayenlaw.com  priscilla@labayenlaw.com;arly@labayenlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7