UNITED STATES BANKRUPTCY COURT  DISTRICT OF NEW JERSEY

In Re:                                              Case No.:    21-12434

ELSIE OBADIARU,                                     Chapter:     7

                        Debtor.                     Judge:       Christine M. Gravelle

### NOTICE OF PROPOSED ABANDONMENT

  Andrea Dobin,                    Chapter 7 Trustee      in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

> Clerk of the U.S. Bankruptcy Court
> U.S. Courthouse, 1st floor
> 402 E. State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on October 18, 2022 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no 3 . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: |
|---|
| Interest in class action litigation |
| Valued at: $0.00; suit will not be pursued |
| Liens on property: |
| Liens $0.00 |

| Amount of equity claimed as exempt: |
|---|
| $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:       Andrea Dobin, Trustee

Address:    McManimon, Scotland & Baumann, LLC 427 Riverview Plaza, Trenton, NJ 08611

Telephone No.: 609.695.6070 or 973.243.8600

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 21-12434-CMG

Elsie Obadiaru     Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3

Date Rcvd: Sep 15, 2022     Form ID: pdf905     Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Elsie Obadiaru, 30 Redwick Way, South River, NJ 08882-2611 |
| 519228405 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519147919 | + | State of New Jersey, Deptartment of Taxation, P.O. Box 448, Trenton, NJ 08646-0448 |
| 519147920 | + | Svo Portfolio Services, Attn: Loan Servicing Administration, 9002 San March Court, Orlando, FL 32819-8600 |
| 519147923 | + | university radiology, 264 Amboy Avenue, Metuchen, NJ 08840-2441 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 15 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 15 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| acc | + | Email/Text: joe@joefriedmancpa.biz | Sep 15 2022 20:41:00 | Joseph B. Friedman, PO Box 734, Cherry Hill, NJ 08003-0734 |
| 519206068 | + | Email/Text: bkfilings@zwickerpc.com | Sep 15 2022 20:42:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 519147902 | + | Email/PDF: bncnotices@becket-lee.com | Sep 15 2022 20:46:29 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519225082 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2022 20:56:41 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519147903 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 15 2022 20:41:00 | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Po Box 26012, Greensboro, NC 27420 |
| 519147905 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Sep 15 2022 20:42:00 | Chex System, 7805 Hudson Road, suite 100, Saint Paul, MN 55125-1703 |
| 519147906 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2022 20:56:41 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519218589 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2022 20:56:50 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519147907 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2022 20:56:42 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519221221 | | Email/Text: bnc-quantum@quantum3group.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 15, 2022 | Form ID: pdf905 | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| | | | Sep 15 2022 20:42:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519147908 | ^ | MEBN | | |
| 519147909 | ^ | MEBN | Sep 15 2022 20:38:49 | Equifax, POB 740241, Atlanta, GA 30374-0241 |
| | | | Sep 15 2022 20:40:14 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 519147910 | + | Email/Text: crdept@na.firstsource.com | Sep 15 2022 20:42:00 | First Source Advantage, LLC, Po Box 628, Buffalo, NY 14240-0628 |
| 519147911 | + | Email/Text: bankruptcy@huntington.com | Sep 15 2022 20:42:00 | Huntington National Bank, Attn: Bankruptcy, Po Box 340996, Columbus, OH 43234-0996 |
| 519147912 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 15 2022 20:42:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519344976 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 15 2022 20:42:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 519344977 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 15 2022 20:42:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302, JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 519147904 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 15 2022 20:46:24 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519233173 | + | Email/Text: RASEBN@raslg.com | Sep 15 2022 20:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519147913 | | Email/Text: govtaudits@labcorp.com | Sep 15 2022 20:41:00 | labCorp, Esoterix Genetic Laboratory, P.O.Box 2240, Burlington, NC 27216 |
| 519147914 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 15 2022 20:41:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519147915 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 15 2022 20:41:00 | Mr. Cooper, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 519147916 | ^ | MEBN | Sep 15 2022 20:40:35 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 519272380 | + | Email/Text: bncmail@w-legal.com | Sep 15 2022 20:42:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519147917 | + | Email/Text: rwjebn@rwjbh.org | Sep 15 2022 20:42:00 | Robert Wood Johnson Hospital, PO Box 15448, Newark, NJ 07192-5448 |
| 519188105 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Sep 15 2022 20:45:13 | Secretary of Housing and Urban Development, 451 7th Street S.W, Washington DC 20410-0002 |
| 519262111 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Sep 15 2022 20:46:14 | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Salt Lake City, UT 84121-7285 |
| 519147918 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Sep 15 2022 20:45:37 | Sofi Lending Corp, 375 Healdsburg Avenue, Suite 280, Healdsburg, CA 95448-4151 |
| 519264043 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 15 2022 20:45:24 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519149863 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 15 2022 20:46:27 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519147921 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 15 2022 20:46:14 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519147922 | | Email/Text: DASPUBREC@transunion.com | Sep 15 2022 20:41:00 | TransUnion, 555 W. Adams Street, Chicago, IL 60661 |

Case 21-12434-CMG    Doc 72    Filed 09/17/22    Entered 09/18/22 00:15:39    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 15, 2022 | Form ID: pdf905 | Total Noticed: 42 |

| 519246290 | + Email/Text: bankruptcy@huntington.com | | |
|---|---|---|---|
| | | Sep 15 2022 20:42:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 519147924 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | Sep 15 2022 20:56:50 | Wells Fargo Bank NA, Attn: Wells Fargo Bankruptcy, 435 Ford Road, Suite 300, Saint Lewis Park, MN 55426-4938 |
| 519206942 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | Sep 15 2022 20:56:42 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519262112 | *+ | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Salt Lake City, UT 84121-7285 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2022            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea Dobin | ecftrusteead@msbnj.com  NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| Andrea Dobin | on behalf of Trustee Andrea Dobin adobin@msbnj.com  cgallo@msbnj.com |
| Brian C. Nicholas | on behalf of Creditor The Huntington National Bank bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor The Huntington National Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Joseph R Zapata, Jr | on behalf of Trustee Andrea Dobin jzapata@msbnj.com |
| Michelle Labayen | on behalf of Debtor Elsie Obadiaru michelle@labayenlaw.com  priscilla@labayenlaw.com;arly@labayenlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7