Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

    Case No.:  21−12434−CMG
    Chapter:  7
    Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Elsie Obadiaru
    fka Elsie N. Obadiaru, fka Elsie Olejeme
    30 Redwick Way
    South River, NJ 08882

Social Security No.:
    xxx−xx−4526

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Pamela Fiero , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

Interest in class action litigation.

Dated: October 12, 2022
JAN: pbf

    Jeanne Naughton
    Clerk